IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:25-cv-00023-RAH |
| ) | |
| CHEROKEE COUNTY, ) | |
| ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 18, 2025, the Magistrate Judge filed a Recommendation (doc. 7) to which no timely objections have been filed. The Magistrate Judge recommends that Plaintiff's Complaint (doc. 2) be dismissed without prejudice. (Doc. 7 at 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 7) is **ADOPTED**.

2. Plaintiff's Complaint (doc. 2) is **DISMISSED without prejudice**.

DONE, on this the 27th day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE